In the Matter of JOHN DEMOS, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and MICHAEL GALLAGHER et al., Respondents.— In a proceeding by a tenant pursuant to article 78 of the Civil Practice Act, the State Rent Administrator appeals from an order (1) annulling an order of the local rent administrator, which granted a certificate for eviction of petitioner, (2) annulling a determination of the State Rent Administrator which denied petitioner's protest against the said order of the local rent administrator, (3) annulling the certificate of eviction, and (4) ordering the said State Rent Administrator to annul the certificate. Order reversed on the law, without costs, and petition dismissed, without costs. There is warrant in the record for the findings of the State Rent Administrator that the landlords' married son, his wife and child reside in a two and one-half room apartment, that such quarters are inadequate for their reasonable housing needs, and that the landlords have proceeded in good faith and have established the existence of an immediate and compelling necessity for the issuance of a certificate. Under such circumstances the court may not disturb the findings and determination of the State Rent Administrator (*Matter of Park East Land Corp* v. *Finkelstein*, 299 N. Y. 70). Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

In the Matter of BLANCHE W. FUSCO, Respondent, against CHARLES H. SKIPPON, JR., Appellant.— Appeal from an order of the Supreme Court, Nassau County, insofar as said order affirmed, on appeal, a resettled final order of the Children's Court, Nassau County, directing weekly payments by appellant for the support of his two infant children and payment for their medical and dental care. Order, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 283 App. Div. 670.]